UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL HUFFORD,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE BANK OF FINCASTLE, GEORGE E. HOLT, III, CHARLES S. STEELE, GREGORY R. GERSACK, KIRTESH PATEL, JOHN W. RADER, JR., STEVEN W. SPICKARD, C. RAY SPRINKLE, and ROBERT C. WAGNER,<br><br>　　　　　　　　　Defendants. | Case No.: 1:21-cv-03594-JPC |

**NOTICE OF VOLUNTARY DISMISSAL**

　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses her claims in the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 6, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**MONTEVERDE & ASSOCIATES PC**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Juan E. Monteverde*
　　　　　　　　　　　　　　　　　　　　　　Juan E. Monteverde (JM-8169)
　　　　　　　　　　　　　　　　　　　　　　The Empire State Building
　　　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 4405
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10118
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 971-1341
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 202-7880
　　　　　　　　　　　　　　　　　　　　　　Email: jmonteverde@monteverdelaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*